United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No.23-md-03084-CRB<br><br>**JUDGMENT** |
| This Document Relates Only To:<br><br>Jane Doe LS 333 v. Uber Technologies, Inc., Case No. 3:23-cv-05930<br><br>Jane Doe LS 245 v. Uber Technologies, Inc., Case No. 3:23-cv-05944<br><br>J.H. v. Uber Technologies, Inc., Case No. 3:24-cv-03441<br><br>Jane Doe (CH) v. Uber Technologies, Inc., Case No. 3:24-cv-04363<br><br>A.O. v. Uber Technologies, Inc., Case No. 3:24-cv-05717<br><br>Jane Roe CL 42 v. Uber Technologies, Inc., Case No. 3:24-cv-05740<br><br>Jane Doe LS 397 v. Uber Technologies, Inc., Case No. 3:24-cv-05864<br><br>E.B. v. Uber Technologies, Inc., Case No. 3:24-cv-07491<br><br>Jane Doe NLG (JV) v. Uber Technologies, Inc., Case No. 3:24-cv-08622<br><br>D.J. v. Uber Technologies, Inc., Case No. 3:24-cv-09050<br><br>Jane Doe NLG (BH) v. Uber Technologies, | |

Inc., Case No. 3:25-cv-00369

Jane Doe NLG (AB) v. Uber Technologies, Inc., Case No. 3:25-cv-01079

R.M. v. Uber Technologies, Inc., Case No. 3:25-cv-01384

H.S. 01 v. Uber Technologies, Inc., Case No. 3:25-cv-01999

T.C. v. Uber Technologies, Inc., Case No. 3:25-cv-02109

A.D. v. Uber Technologies, Inc., Case No. 3:25-cv-02111

A.W. v. Uber Technologies, Inc., Case No. 3:25-cv-02401

T.B. v. Uber Technologies, Inc., Case No. 3:25-cv-02678

G.L. v. Uber Technologies, Inc., Case No. 3:25-cv-02931

Jane Roe CL 143 v. Uber Technologies, Inc., Case No. 3:25-cv-03260

S.D. v. Uber Technologies, Inc., Case No. 3:25-cv-03547

T.W. v. Uber Technologies, Inc., Case No. 3:25-cv-04414

B.F. v. Uber Technologies, Inc., Case No. 3:25-cv-04466

A.G. v. Uber Technologies, Inc., Case No. 3:25-cv-04802

T.L. v. Uber Technologies, Inc., Case No. 3:25-cv-04878

M.W. v. Uber Technologies, Inc., Case No. 3:25-cv-05474

V.B. v. Uber Technologies, Inc., Case No. 3:25-cv-06705

United States District Court
Northern District of California

On February 10, 2026, the Court dismissed the above-listed cases with prejudice. MDL Dkt. 5216. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Uber and against the plaintiff. The Clerk of Court shall close the files in this matter.

**IT IS SO ORDERED.**

Dated: October 28, 2026

CHARLES R. BREYER
United States District Judge